# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2020

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Dodge, Patricia L. | U.S District Court, Western District of Pennsylvania | 08/11/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Magistrate Judge - Full Time | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>**5b.** ☐ Amended Report | 01/01/2020<br>**to**<br>12/31/2020 |

**7. Chambers or Office Address**

U.S. District Court
700 Grant Street
Suite 9210
Pittsburgh, PA 15219

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Board Member - all of 2020 | National Aviary |
| 2. | Trustee and Immediate Past President - all of 2020 | Allegheny County Bar Foundation |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2019 | Meyer, Unkovic & Scott LLP - buyout of Partnership interest |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dodge, Patricia L. | 08/11/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2020 | Swartz Campbell LLC - Guaranteed Payments to Partners |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dodge, Patricia L. | 08/11/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔     NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔     NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Dodge, Patricia L.** | 08/11/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. | Goehring,Rutter & Boehm - interest on partner capital account | A | Interest | K | U | | | | | |
| 2. | Goehring, Rutter & Boehm Retirement Plan (H) | | | | | | | | | |
| 3. | JH Multimanager 2025 Lifetime | G | Int./Div. | O | T | Buy (add'l) | 03/13/20 | J | | |
| 4. | McDonalds common stock | A | Dividend | J | T | | | | | |
| 5. | Meyer Unkovic & Scott LLP 401K(H) | | | | | | | | | |
| 6. | HC Capital Trust Core Fixed Income | D | Dividend | M | T | Buy (add'l) | 03/18/20 | J | | |
| 7. | HC Cap Tr-Institutional Internal Eq Ins | C | Dividend | M | T | Buy (add'l) | 03/18/20 | J | | |
| 8. | HC Capital Trust Inst U.S Equity | E | Dividend | O | T | Buy (add'l) | 03/18/20 | J | | |
| 9. | | | | | | Buy (add'l) | 05/01/20 | M | | |
| 10. | HC Capital Trust Inst Value Equity | A | Dividend | | | Buy (add'l) | 03/18/20 | J | | |
| 11. | | | | | | Closed | 05/01/20 | M | | |
| 12. | HC Capital Trust Inst Small Cap Equity | A | Dividend | | | Buy (add'l) | 03/18/20 | J | | |
| 13. | | | | | | Closed | 05/01/20 | M | | |
| 14. | HC Capital Trust-The Emerge Markets Inst | A | Dividend | L | T | Buy (add'l) | 03/18/20 | J | | |
| 15. | Note Receivable-Meyer,Unkovic & Scott LLP | | None | L | U | | | | | |
| 16. | Oppenhemer & Co Investment Account (H) | | | | | | | | | |
| 17. | Advantage Bank Deposit | A | Interest | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Dodge, Patricia L.** | 08/11/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Apple INC | A | Dividend | L | T | Buy (add'l) | 09/02/20 | J | | |
| 19. AT&T | A | Dividend | K | T | Buy | 07/10/20 | K | | |
| 20. Borgwarner INC | A | Dividend | J | T | | | | | |
| 21. CVS Health Corp | A | Dividend | J | T | | | | | |
| 22. Conocophillips | A | Dividend | J | T | | | | | |
| 23. Darden Restaurants INC | A | Dividend | J | T | | | | | |
| 24. Dominion Energy | A | Dividend | | | Sold | 07/10/20 | K | | |
| 25. Murphy Oil Corp | A | Interest | K | T | | | | | |
| 26. National Storage Affiliates TR Com SHS Ben In Reit | A | Dividend | K | T | | | | | |
| 27. Verizon Communications INC | A | Dividend | K | T | | | | | |
| 28. Weyerhaeuser Co Reit | A | Dividend | J | T | | | | | |
| 29. PNC Cash account #1 | | None | K | T | | | | | |
| 30. PNC Cash account #2 | A | Interest | N | T | | | | | |
| 31. PNC Investments IRA#1 (H) | | | | | | | | | |
| 32. Cash Equivalent | A | Int./Div. | J | T | | | | | |
| 33. American Century Mid Cap Value Inv SHS | A | Int./Div. | J | T | Sold (part) | 09/24/20 | J | A | |
| 34. Calvert Emerging Markets Equity | A | Int./Div. | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Dodge, Patricia L.** | 08/11/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35.  Delaware Value Fund Institutional | A | Int./Div. | K | T | Sold<br>(part) | 09/24/20 | J | A | |
| 36.  Federated Hermes TTL Return Bond CL IS | C | Int./Div. | L | T | | | | | |
| 37.  Invesco Emerging Markets All Cap Y | A | Int./Div. | J | T | | | | | |
| 38.  Invesco Oppenheimer Intl Growth | C | Int./Div. | K | T | | | | | |
| 39.  Invesco QQQ Trust | A | Int./Div. | J | T | Buy | 09/24/20 | J | | |
| 40.  JP Morgan Large Cap Growth Class1 | A | Int./Div. | J | T | Sold<br>(part) | 07/07/20 | J | A | |
| 41. | | | | | Sold<br>(part) | 09/24/20 | J | A | |
| 42.  Lazard Global Listed Infrastructure Instl | A | Int./Div. | J | T | | | | | |
| 43.  MFS New Discovery Value Fund CL1 | A | Int./Div. | J | T | Buy | 09/24/20 | J | | |
| 44.  MFS Value Fund Class 1 | A | Int./Div. | K | T | Buy<br>(add'l) | 04/06/20 | J | | |
| 45. | | | | | Sold<br>(part) | 09/24/20 | J | A | |
| 46.  PGIM Jennison Growth CL Z | A | Int./Div. | J | T | Sold<br>(part) | 07/7/20 | J | B | |
| 47. | | | | | Sold<br>(part) | 09/24/20 | J | B | |
| 48.  PGIM Total Return Bond CL Z | C | Int./Div. | M | T | Sold<br>(part) | 04/06/20 | J | A | |
| 49. | | | | | Buy<br>(add'l) | 07/07/20 | J | | |
| 50.  T Rowe Price Intl Discovery Fund | A | Int./Div. | J | T | | | | | |
| 51.  T Rowe Price Mid Cap Growth | A | Int./Div. | J | T | Sold<br>(part) | 09/24/20 | J | A | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Dodge, Patricia L.** | 08/11/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. | T Rowe Price QM US Sml Cap Growth Equity | A | Int./Div. | J | T | Buy | 09/24/20 | J | | |
| 53. | T Rowe Price Real Estate | A | Int./Div. | J | T | | | | | |
| 54. | WisdomTree US Quality Dividend Gr EFT | A | Int./Div. | J | T | Buy | 09/24/20 | J | | |
| 55. | PNC Investments IRA#2 (H) | | | | | | | | | |
| 56. | Cash Equivalent | A | Int./Div. | J | T | | | | | |
| 57. | Invesco QQQ Trust | A | Int./Div. | J | T | Buy | 09/24/20 | J | | |
| 58. | Ishares MSCI EAFE ETF | A | Int./Div. | K | T | Buy<br>(add'l) | 03/24/20 | J | | |
| 59. | | | | | | Sold<br>(part) | 12/28/20 | J | A | |
| 60. | Lazard Global Listed Infrastructure Instl | A | Int./Div. | J | T | | | | | |
| 61. | MFS New Discovery Value Fund CL1 | A | Int./Div. | J | T | Buy | 09/24/20 | J | | |
| 62. | SPDR Dow Jones REIT ETF | A | Int./Div. | J | T | | | | | |
| 63. | T Rowe Price Intl Discovery Fund | A | Int./Div. | K | T | | | | | |
| 64. | T Rowe Price QB US Sml Cap Grwth Equity | A | Int./Div. | J | T | Buy | 09/24/20 | J | | |
| 65. | Vanguard FTSE Emerging Markets ETF | A | Int./Div. | J | T | | | | | |
| 66. | Vanguard Mega Cap Growth Fund ETF | A | Int./Div. | K | T | Sold<br>(part) | 09/24/20 | J | D | |
| 67. | Vanguard Mega Cap Value ETF | B | Int./Div. | K | T | Buy<br>(add'l) | 03/24/20 | J | | |
| 68. | | | | | | Sold<br>(part) | 06/24/20 | J | C | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Dodge, Patricia L.** | 08/11/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Sold (part) | 9/24/20 | J | C | |
| 70. | | | | | Sold (part) | 12/28/20 | J | B | |
| 71.  Vanguard Mid-Cap Growth ETF | A | Int./Div. | J | T | | | | | |
| 72.  Vanguard Mid-Cap Value ETF | A | Int./Div. | J | T | Sold (part) | 09/24/20 | J | A | |
| 73.  Vanguard Total Bond Market ETF | D | Int./Div. | N | T | Sold (part) | 03/24/20 | K | A | |
| 74. | | | | | Buy (add'l) | 06/24/20 | J | | |
| 75. | | | | | Sold (part) | 09/24/20 | J | A | |
| 76. | | | | | Buy (add'l) | 12/28/20 | J | | |
| 77.  Wisdomtree TR US Quality Divid ETF | A | Int./Div. | J | T | Buy | 09/24/20 | J | | |
| 78.  Restaurant Brands common stock | A | Dividend | J | T | | | | | |
| 79.  Wendy's common stock | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Dodge, Patricia L.** | 08/11/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

In Part VII, Investments and Trusts - Line 1 reports the interest earned on the spouse's capital account from his former employer, Goehring, Rutter & Boehm. The spouse will be receiving a return of his capital contribution over a three year period.

In Part VII, Investments and Trusts - the balances reported from funds on Lines 10 and 12 were closed and transferred to the fund reported on Line 8. As of December 31, 2020, there are only four remaining funds under the Meyer, Unkovic & Scott LLP 401K Plan - Line 5

| Name of Person Reporting | Date of Report |
|---|---|
| Dodge, Patricia L. | 08/11/2021 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Patricia L. Dodge**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544